BERTRAM H. MOCK, as Executor of JAMES H. CAAN, Deceased, Appellant, v. JOSEPH STEIR et al, Respondents.

Argued January 16, 1939; decided February 21, 1939.

*Alex B. Greenberg* for appellant.

*David E. Hudson, Mitchel Fruitstone* and *Arthur J. Marangelo* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.